|   |   |
|---|---|
| 1 | Robert M. Tzall, Esq. |
| 2 | Nevada State Bar No. 13412 |
|   | Contemporary Legal Solutions |
| 3 | 2551 North Green Valley Parkway |
|   | Building C, Suite 303 |
| 4 | Henderson, NV 89014 |
|   | (702) 666-0233 |
| 5 | office@contemporarylegalsolutions.com |
| 6 |   |
|   | James Kevin Schultz |
| 7 | Sessions Israel & Shartle, LLP |
|   | 1550 Hotel Circle North Suite 260 |
| 8 | San Diego, CA 92108 |
|   | Tel: 619-758-1891 |
| 9 | jschultz@sessions.legal |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| LORRAINE CAMPBELL, | ) Docket No. 2:24-CV-1401- APG-DJA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO JEFFERSON CAPITAL SYSTEMS, LLC ONLY** |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; JEFFERSON CAPITAL SYSTEMS, LLC, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Lorraine Campbell ("Plaintiff") and Jefferson Capital systems, LLC ("Defendant"), in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that all of Plaintiff's claims against Defendant, Jefferson Capital Systems, LLC are dismissed with prejudice and with each party to bear its own costs and attorneys' fees pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Respectfully Submitted,**

Dated: October 10, 2024

/s/*Robert M. Tzall*  
Robert M. Tzall  
**Contemporary Legal Solutions**  
*Attorneys for Plaintiff*

/s/ *James Kevin Schultz*  
James Kevin Schultz  
**Sessions Israel & Shartle, LLP**  
*Attorneys for Defendant*

IT IS SO ORDERED.

**CHIEF U.S. DISTRICT JUDGE**  
DATED: October 15, 2024