1  Robert M. Tzall, Esq.
   Nevada State Bar No. 13412
2  Contemporary Legal Solutions
3  2551 North Green Valley Parkway
   Building C, Suite 303
4  Henderson, NV 89014
   (702) 666-0233
5  office@contemporarylegalsolutions.com

6
   Gia Marina
7  Nevada State Bar No. 15276
   Clark Hill PLC
8  1700 S. Pavilion Center Drive Suite 500
   Las Vegas, NV 89135
9  (702) 862-8300
   gmarina@clarkhill.com
10

11

12                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEVADA
13

14  LORRAINE CAMPBELL,            )  Docket No.  2:24-CV-1401-APG-DJA
                                  )
15              Plaintiff,        )
                                  )  **STIPULATION AND ORDER OF**
16  v.                            )  **DISMISSAL WITH PREJUDICE AS TO**
                                  )  **EQUIFAX INFORMATION SERVICES,**
17  TRANS UNION, LLC;             )  **LLC**
    EQUIFAX INFORMATION SERVICES, )
18  LLC; JEFFERSON CAPITAL SYSTEMS,)
    LLC,                          )
19              Defendants.       )

20

21      IT IS HEREBY STIPULATED by and between Plaintiff Lorraine Campbell ("Plaintiff")

22  and Equifax Information Services, LLC ("Defendant"), in the above captioned action, that

23  whereas no party hereto is an infant, incompetent person for whom a committee has been

24  appointed or conservatee, and no person not a party has an interest in the subject matter of the

25  action, that all of Plaintiff's claims against Defendant, Equifax Information Services, LLC are

26  //

27  //

28

dismissed with prejudice and with each party to bear its own costs and attorneys' fees pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Respectfully Submitted,**

Dated: March 18, 2025

/s/*Robert M. Tzall*
Robert M. Tzall
**Contemporary Legal Solutions**
*Attorneys for Plaintiff*

/s/ *Gia Marina*
Gia Marina
**Clark Hill PLC**
*Attorneys for Defendant*
*Equifax Information Services, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: March 20, 2025

- 2 -